UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bertha L. Pinkerton,

       Plaintiff,                          Civil No. 06-1768 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Wyeth, a/k/a Wyeth, Inc., f/k/a American
Home Products Corporation, Pharmacia &
Upjohn Company, LLC, Greenstone Ltd.,
Barr Laboratories, Inc., Barr Pharmaceuticals,
Inc., Duramed Pharmaceuticals, Inc., Pfizer,
Inc., Wyeth Pharmaceuticals, f/k/a Wyeth Ayerst
Pharmaceuticals, Inc., a division of Wyeth,
a/k/a Wyeth Pharmaceuticals, Inc.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 16, 2006

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge